**No. 40136.**—Protest 809565–G of Volupte, Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel the atomizers in question were held dutiable at 40 percent under paragraph 339.

**No. 40137.**—Protests 259511–G, etc., of R. H. Macy & Co., Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel the atomizers in question were held dutiable at 40 percent under paragraph 339 as claimed. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), and *Rice* v. *United States* (T. D. 49373) cited.

**No. 40138.**—Protests 302947–G, etc., of Calvaire et al. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of atomizers the same as those passed upon in *Rice* v. *United States* (T. D. 49373), and bottles, boxes, droppers, perfume bottles, powder jars, soap tubes, tooth brush tubes, and trays chiefly used for utilitarian purposes in the kitchen, household, or on the table, or hollow ware. The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 40139.**—Protests 377850–G, etc., of Steindardt Bros., Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of atomizers, boxes, and trays chiefly used in the household for utilitarian purposes or hollow ware. The claim at 40 percent under paragraph 339 was therefore sustained. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), and *Rice* v. *United States* (T. D. 49373) cited.

**No. 40140.**—Protests 382443–G, etc., of Butler Bros. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), and *Rice* v. *United States* (T. D. 49373) the atomizers and thimbles in question were held dutiable at 40 percent under paragraph 339 as claimed.